# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-10062
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

November 6, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Brian Daniel Ramirez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-249-1

———————————————————

Before Elrod, *Chief Judge*, and Haynes and Duncan, *Circuit Judges*.
Per Curiam:*

Brian Daniel Ramirez appeals his guilty plea conviction for conspiracy to possess with intent to distribute a controlled substance. He argues that the factual basis for his plea was insufficient to establish that his conduct constituted a drug conspiracy offense. Because he raises this argument for

———————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10062

the first time on appeal, we review it for plain error. *See United States v. Trejo*, 610 F.3d 308, 313 (5th Cir. 2010).

According to Ramirez, the factual basis did not establish an agreement between him and his co-conspirators to distribute narcotics or his knowledge of that agreement. The entirety of the record provides a sufficient basis to establish both the existence of the requisite agreement and Ramirez's knowledge of that agreement. *See United States v. Aguirre-Rivera*, 8 F.4th 405, 410 (5th Cir. 2021); *United States v. Harris*, 740 F.3d 956, 962–63 (5th Cir. 2014); *Trejo*, 610 F.3d at 317. Ramirez has therefore failed to show clear or obvious error concerning the factual basis. *See Puckett v. United States*, 556 U.S. 129, 135 (2009).

The district court's judgment is AFFIRMED.